

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTEENTH DISTRICT, AT AUSTIN

No. 15-25-00073-CV

**In the Matter of the Marriage of Mary Elaine Doll and Jay Brock**

(No. 2025-126-6 IN 474TH DISTRICT COURT OF MCLENNAN COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $99.00 | 05/20/2025 | UNKNOWN | UNK |
| SUPP CLK RECORD | $20.00 | 04/29/2025 | UNKNOWN | UNK |
| CHAPTER 51 | $50.00 | 04/08/2025 | TRANSFER | ANT |
| FILING | $100.00 | 04/08/2025 | TRANSFER | ANT |
| INDIGENT | $25.00 | 04/08/2025 | TRANSFER | ANT |
| E-TXGOV FEE | $30.00 | 04/08/2025 | TRANSFER | ANT |

**The costs incurred on appeal to the Fifteenth Court of Appeals, Austin, Texas: $324.00**
**Balance of costs owing to the Fifteenth Court of Appeals, Austin, Texas:   0.00**

**Please remit any costs owed to our office to the following address:**
**P.O. Box 12852, Austin, Texas 78711**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FIFTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifteenth District of Texas, this November 17, 2025.



**CHRISTOPHER A. PRINE, CLERK**